| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor Brooklyn, NY 11235
Tel.: (718) 513-3145

In Re:

        Gila Morlevi,

                           Debtor

Case No.: 21-22076-RDD

Judge: Robert D. Drain

Chapter: 11

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Gila Morlevi is the (check all that apply):

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☒ Debtor:    ☒ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional Law Offices of Alla Kachan, P.C. to serve as (check all that apply):

    ☒ Attorney for:    ☐ Trustee    ☒ Debtor-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

    ☐ Official Committee of _____

    ☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel

☐ Auctioneer    ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   The Debtor itself is not well versed in the matters of on which the professional is to be retained

4. The professional has been selected because: Law Offices of Alla Kachan, P.C., is well versed in the law on the matters on which it is to be retained and is qualified to perform the services needed by the Debtor in this case

5. The professional services to be rendered are as follows: A) to assist Debtor in administering this case; B)making such motions or taking such action as may be appropriate or necessary under the Bankruptcy Code; C) to represent Debtor in prosecuting adversary proceedings to collect assets of the estate and such other actions as Debtor deem appropriate; D) to take such steps as may be necessary for Debtor to marshal and protect the estate's assets; E) to negotiate with Debtor's creditors in formulating a plan of reorganization for Debtor in this case; F) to draft and prosecute the confirmation of Debtor's plan of reorganization in this case; G) to render such additional services as Debtor may require in this case.

6. The proposed arrangement for compensation is as follows: Law Offices of Alla Kachan, P.C. shall bill the Debtor for legal services at its regular hourly rates. These fees range from $250.00 per hour for clerks' and paraprofessionals' time, and $475.00 per hour for attorney time. These fees are subject to change on an annual basis, and the Kachan Law Office will advise the OUST and the Court of such changes. The Kachan Law Office shall also be reimbursed for its disbursements incidental to its representing the Debtor in this case. Cong. Ahavas Chaverim and Keren Hachesed of Monsey paid the Kachan Law Office an initial retainer of $12,000.00. The retainer was paid in the following manner: a sum of $12,000.00 was received by check from Cong. Ahavas Chaverim and Keren Hachesed of Monsey on September 17, 2020. The Kachan Law Office has drawn down for pre-Filing Date services $5,000.00 and $7,000.00 was left on the petition date. An additional application for post-petition services will made at a future time. The Kachan Law Office has drawn down and applied the Retainer on account of the initial work done and to be done in connection with this case. In the future, the Kachan Law Office shall

make applications for the payment and allowance of fees and disbursements, pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Through other, unrelated cases, Alla Kachan, Esq., of Law Offices of Alla Kachan, P.C., knows the United States Trustee and members of his staff; Law Offices of Alla Kachan, P.C. may appear in the future in cases in which one or more of said parties or their attorneys may be involved

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____
_____
_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: February 18, 2021                    /s/ *Gila Morlevi*
                                           Signature of Applicant

*rev.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(B)<br><br>Alla Kachan, Esq.<br>Law Offices of Alla Kachan, P.C.<br>3099 Coney Island Avenue, 3rd Floor<br>Brooklyn, NY 11235<br>Tel.: (718) 513-3145 | |
| In Re:<br><br>    Gila Morlevi,<br>                        Debtor | Case No.:   21-22076-RDD<br><br>Judge:   Robert D. Drain<br><br>Chapter:   11 |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Alla Kachan, Esq., being of full age, certify as follows:

    1.    I am seeking authorization to be retained as Attorney for the Debtor.

    2.    My professional credentials include: Over 10 years of representation of the Debtors in bankruptcy cases

    3.    I am a member of or associated with the firm of: Law Offices of Alla Kachan, P.C..

    4.    The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Law Offices of Alla Kachan, P.C. shall bill the Debtor for legal services at its regular hourly rates. These fees range from $250.00 per hour for clerks' and paraprofessionals' time, and $475.00 per hour for attorney time. These fees are subject to change on an annual basis, and the Kachan Law Office will advise the OUST and the Court of such changes. The Kachan Law Office shall also be reimbursed for its disbursements incidental to its representing the Debtor in this case. Cong. Ahavas Chaverim and Keren Hachesed of Monsey paid the Kachan Law Office an initial retainer of $12,000.00. The retainer was paid in the following manner: a sum of $12,000.00 was received by check from Cong. Ahavas Chaverim and Keren Hachesed of Monsey on September 17, 2020. The Kachan Law Office has drawn down for pre-Filing Date services $5,000.00 and $7,000.00 was left on the petition date. An additional application for post-petition services will made at a future time. The Kachan Law Office has drawn down and applied the Retainer on account of the initial work done and to be done in connection with this case. In the future, the Kachan Law Office shall make applications for the payment and allowance of fees

and disbursements, pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

a. ☒ Describe connection Through other, unrelated cases, Alla Kachan, Esq., of Law Offices of Alla Kachan, P.C., knows the United States Trustee and members of his staff; Law Offices of Alla Kachan, P.C. may appear in the future in cases in which one or more of said parties or their attorneys may be involved.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

b. ☒ Describe Connection: Through other, unrelated cases, Alla Kachan, Esq., of Law Offices of Alla Kachan, P.C., knows the United States Trustee and members of his staff; Law Offices of Alla Kachan, P.C. may appear in the future in cases in which one or more of said parties or their attorneys may be involved.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    ☒ do not hold an adverse interest to the estate.

    ☒ do not represent an adverse interest to the estate.

    ☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other.  Explain: _____
_____
_____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: N/A_____
_____
_____

b. The proposed method of calculation of my compensation, including rates and formulas, is: N/A_____
_____
_____

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: N/A_____
_____
_____

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No        ☐ Yes (explain below)

N/A_____
_____
_____

  e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.  If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A_____

_____

_____

I certify under penalty of perjury that the above information is true.

Date: February 18, 2021           /s/ Alla Kachan, Esq..
                     Signature of Professional

*rev.8/1/15*

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor Brooklyn, NY 11235

Tel.: (718) 513-3145

In Re:

    Gila Morlevi,

               Debtor

Case No.: 21-22076-RDD

Chapter 11

Judge: Robert D. Drain

# ORDER AUTHORIZING RETENTION OF

# LAW OFFICES OF ALLA KACHAN, P.C.

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain Law Offices of Alla Kachan, P.C.. as Attorneys for the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   3099 Coney Island Ave, 3rd Floor, Brooklyn, NY 11235_

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.