Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| In re: | Case No.: 21-22076-shl |
|   Gila Morlevi, | Chapter 11 |
| Debtor. | |

--------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing on the annexed motion, dated October 1, 2025 (the "**Motion**"), of Gila Morlevi (the "**Debtor**"), will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, on **October 22, 2025, at 10:00 A.M.,** in the United States Bankruptcy Court – Southern District of New York, 300 Quarropas Street, White Plains, NY, 10601-4140. The Hearing will be held via Zoom or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that any objection to the within Motion must be in writing and must state with particularity the grounds of the objection. The objection must be filed with the Clerk of the Bankruptcy Court electronically at [www.nyeb.uscourts.gov](www.nyeb.uscourts.gov), and a copy of the objection must be served upon the undersigned counsel for the debtor so as to be received no later than seven (7) days before the hearing date.

Dated: Brooklyn, New York
      October 1, 2025

                                                              */s/ Alla Kachan*
                                                              Alla Kachan, Esq.

Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Gila Morlevi, | Case No.: 21-22076-shl |
| Debtor. | |

-------------------------------------------------------X

**APPLICATION OF WISDOM PROFESSIONAL SERVICES, INC. FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ACCOUNTANT FOR THE DEBTOR**

Wisdom Professional Services, Inc. ("WPS"), submits this interim fee application ("Application") in support of an Order, pursuant to sections 327 and 330 of title 11 of the United States code ("Bankruptcy Code"), for allowance of compensation for services rendered, as an accountant to Gila Morlevi, the Debtor herein ("Debtor"), during the period of February 4, 2021 through and including October 1, 2025 ("Compensation Period"), and respectfully represents as follows:

## JURISDICTION AND VENUE

This Court has jurisdiction over this case and this Application pursuant to 28 U.S.C. §§157 and 1334. Venue in this District is proper pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief sought herein are sections 327 and 330 of the Bankruptcy Code and Rules 2002(a) and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

## BACKGROUND

1. The Debtor commenced the bankruptcy case with the filing of a voluntary petition under chapter 11 on February 4, 2021. See Voluntary Petition, ECF Doc. No. 1.

2. The Debtor has continued in the possession of her property as debtor in possession, pursuant to 11 U.S.C. §§1108 and 1109.

3. The Debtor is individually residing at 25 Ellington Way, Spring Valley, NY 10977.

4. No committee of unsecured creditors has been appointed in this case.

5. The allowance for compensation seeks the entry of an Order awarding professional fees in the amount of $8,100.00. The fees of the Firm in Debtors' estate are more particularly described below and as set forth in Schedule A, annexed hereto. Applicant's time records are annexed hereto and have been provided in accordance with the guidelines established by the Office of the United States Trustee ("US Trustee").

## LEGAL SERVICES

1. During the Compensation Period, WPS performed, among other things, the following services for the Debtor:

    A)    Gather and verify all pertinent information required to compile and prepare monthly operating reports;

    B)    Prepare monthly operating reports for the debtor in Bankruptcy Case No. 21-22076-shl.

2. WPS maintained written records of the time expended by Michael Shtarkman, CPA., and his staff in the rendition of its services to the Debtor.

3. Mr. Shtarkman's fee is $150 per the report and all services were performed by either him or his support staff. Fifty-four (54) Monthly operating reports were filed 30 minutes of a professional's time have been spent on each report.

The following chart reflects the total time spent on the case by the Accountant during the Compensation Period:

| Professional | Time spent per report | Total reports | Total Hours |
|---|---|---|---|
| WPS | 30 min. | 54 | 27 h 00 min. |

4. As set forth herein, and in the certification of Michael Shtarkman, annexed hereto, it is respectfully submitted that this Application is in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the United States Trustee's guidelines.

**COMPENSATION FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD**

1. WPS submits that the fees set forth herein are reasonable for the work performed in this case under the circumstances. All of the services for which compensation is sought herein were rendered for and on behalf of the Debtor, and not on behalf of any other entity. The professional services rendered by WPS required a high degree of professional competence and expertise so that the issues requiring evaluation and action by the Debtor during the Compensation Period could be attended to with skill and dispatch. WPS, has, in connection with its representation, attempted to minimize costs as much as possible.

2. Accordingly, WPS submits that, considering the factors outlined above, the requested allowance of compensation as set forth herein is appropriate.

## CONCLUSION

1. Because there are no novel issues of law presented by this Application and the relevant points of authorities have been set forth herein, WPS respectfully requests that the Court waive any requirement that WPS submit a memorandum of law in support of this Application.

2. No arrangement has been made, directly or indirectly, and no understanding exists, for a division of compensation herein between WPS and any other person, whether or not contrary to the provisions of the Bankruptcy Code, the Bankruptcy Rules, or any other provision of federal or state law.

WHEREFORE, WPS respectfully requests that this Court enter an Order:

1. Approving of Allowed Compensation in the amount of $8,100.00 for professional services rendered by WPS as accountant to the Debtor during the Compensation Period;

2. Granting such other and further relief as this Court may deem just and proper.

WHEREFORE, it is respectfully requested that Applicant be awarded compensation in the sum of $8,100.00, for services rendered.

Dated: Brooklyn, New York
      October 1, 2025

*/s/ Alla Kachan*
By: Alla Kachan, Esq.
Law Offices of Alla Kachan, PC
2799 Coney Island Avenue, Ste 202
Brooklyn, New York 11235
Tel.: (718) 513-3145

Alla Kachan, Esq.

Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                Chapter 11

    Gila Morlevi,                                          Case No.: 21-22076-shl

                              Debtor,

-------------------------------------------------------X

**CERTIFICATION OF APPLICATION OF WISDOM PROFESSIONAL SERVICES, INC. FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ACCOUNTANT FOR THE DEBTOR**

1. I, Michael Shtarkman, have been designated by Wisdom Professional Services, Inc., (the "Applicant") as the professional with responsibility in this case for compliance with General Order 613: Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for interim compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. The applicant is seeking reimbursement for monthly review of all financial statements, conferences with a representative of the client and monthly compilation of operating reports in the amount of $8,100.00, for the period of time from February 4, 2021 through and including October 1, 2025.

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: NONE.

7. The United States Trustee, Debtor and other interested parties have been provided with a statement of fees and disbursements that is the subject of the Application, including Schedule A.


Dated: Brooklyn, New York　　　　　　　　　　　　　　　/s/ Michael Shtarkman
　　　　October 1, 2025　　　　　　　　　　　　　　　　By: Michael Shtarkman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                        Chapter 11

Gila Morlevi,                             Case No.: 21-22076-shl

                                    Debtor,
------------------------------------------------------X

**ORDER GRANTING APPLICATION OF WISDOM PROFESSIONAL SERVICES, INC. FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ACCOUNTANT FOR THE DEBTOR**

       Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing **February 2, 2021** through and including **October 1, 2025**; and a hearing having been held before this court to consider the Application on **October 22, 2025**; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a) (7) and (c) (2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

       ORDERED that the Application(s) is/are granted to the extent set forth in the attached Schedules.[1]

Dated: New York, New York
       _____, 25

_____                       _____
                                                                              United States Bankruptcy Judge
                                                                              Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Schedule A

Case No.: 21-22076-shl

Case Name: Gila Morlevi

**INTERIM FEE PERIOD**

| Applicant | Fees Requested on Application | Fees Allowed for period | Retainer paid | Fees to be paid for current pay period |
|---|---|---|---|---|
| Wisdom Professional Services, Inc. | $8,100.00 | $8,100.00 | $1,800.00 | $6,300.00 |

# INTERIM FEE PERIOD

Case No: 21-22076-shl

Case Name: Gila Morlevi

| Applicant | Date/Document Number of Application | Fees Requested on Application | Retainer paid | Fees to be paid for current pay period |
|---|---|---|---|---|
| Wisdom Professional Services, Inc. | 4/19/2021 - Docket # 12 - MOR for February, 2021 - billed at a rate - $150 per the report<br><br>5/26/2021 - Docket # 15 - MOR for March, 2021 - billed at a rate - $150 per the report<br><br>6/4/2021 - Docket # 18 - MOR for April, 2021 - billed at a rate - $150 per the report<br><br>07/06/2021 - Docket # 19 - MOR for May, 2021 - billed at a rate - $150 per the report<br><br>07/30/2021 - Docket # 20 - MOR for June, 2021 - billed at a rate $150 per the report<br><br>09/20/2021 - Docket # 23 - MOR for July, 2021 - billed at a rate $150 per the report<br><br>10/26/2021 - Docket # 26 - MOR for August, 2021 - billed at a rate - $150 per the report<br><br>10/22/2021 - Docket # 25 - MOR for September, 2021 - billed at a rate $150 per the report<br><br>11/24/2021 - Docket # 27 - MOR for October, 2021 - billed at a rate $150 per the report<br><br>12/29/2021 - Docket # 28 - MOR for November, 2021 - billed at a rate - $150 per the report<br><br>01/25/2022 - Docket # 33 - MOR for December, 2021 - billed at a rate - $150 per the report<br>03/02/2022 - Docket # 35 - MOR for January, 2022 - billed at a rate - $150 per the report<br><br>03/30/2022 - Docket # 36 - MOR for February, 2022 - billed at a rate - $150 per the report | $8,100.00 | $1,800.00 | $6,300.00 |

| | | | | |
|---|---|---|---|---|
| | 04/25/2022 - Docket # 42, 43 - MOR for March, 2022 - billed at a rate - $150 per the report | | | |
| | 05/23/2022 - Docket # 45 - MOR for April, 2022 - billed at a rate - $150 per the report | | | |
| | 06/23/2022 - Docket # 49 - MOR for May, 2022 - billed at a rate - $150 per the report | | | |
| | 07/21/2022 - Docket # 55 - MOR for June, 2022 - billed at a rate $150 per the report | | | |
| | 08/25/2022 - Docket # 57 - MOR for July, 2022 - billed at a rate $150 per the report | | | |
| | 09/23/2022 - Docket # 59 - MOR for August, 2022 - billed at a rate - $150 per the report | | | |
| | 11/01/2022 - Docket # 63, 65 - MOR for September, 2022 - billed at a rate $150 per the report | | | |
| | 12/02/2022 - Docket # 66, 68 - MOR for October, 2022 - billed at a rate $150 per the report | | | |
| | 01/09/2023 - Docket # 70 - MOR for November, 2022 - billed at a rate - $150 per the report | | | |
| | 02/07/2023 - Docket # 74 - MOR for December, 2022 - billed at a rate - $150 per the report | | | |
| | 02/28/2023 - Docket # 77 - MOR for January, 2023 - billed at a rate - $150 per the report | | | |
| | 03/22/2023 - Docket # 79 - MOR for February, 2023 - billed at a rate - $150 per the report | | | |
| | 04/21/2023 - Docket # 81 - MOR for March, 2023 - billed at a rate - $150 per the report | | | |
| | 05/22/2023 - Docket # 89 - MOR for April, 2023 - billed at a rate - $150 per the report | | | |
| | 06/23/2023 - Docket # 90 - MOR for May, 2023 - billed at a rate - $150 per the report | | | |
| | 07/19/2023 - Docket # 94 - MOR for June, 2023 - billed at a rate $150 per the report | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 08/21/2023 - Docket # 95 - MOR for July, 2023 - billed at a rate $150 per the report | | | | |
| | 09/21/2023 - Docket # 98 - MOR for August, 2023 - billed at a rate - $150 per the report | | | | |
| | 10/25/2023 - Docket # 104 - MOR for September, 2023 - billed at a rate $150 per the report | | | | |
| | 11/28/2023 - Docket # 108 - MOR for October, 2023 - billed at a rate $150 per the report | | | | |
| | 12/19/2023 - Docket # 109 - MOR for November, 2023 - billed at a rate - $150 per the report | | | | |
| | 01/24/2024 - Docket # 112 - MOR for December, 2023 - billed at a rate - $150 per the report | | | | |
| | 02/23/2024 - Docket # 115 - MOR for January, 2024 - billed at a rate - $150 per the report | | | | |
| | 03/29/2024 - Docket # 118 - MOR for February, 2024 - billed at a rate - $150 per the report | | | | |
| | 05/02/2024 - Docket # 121 - MOR for March, 2024 - billed at a rate - $150 per the report | | | | |
| | 06/13/2024 - Docket # 122 - MOR for April, 2024 - billed at a rate - $150 per the report | | | | |
| | 07/10/2024 - Docket # 125 - MOR for May, 2024 - billed at a rate - $150 per the report | | | | |
| | 07/22/2024 - Docket # 127 - MOR for June, 2024 - billed at a rate - $150 per the report | | | | |
| | 09/09/2024 - Docket # 130 - MOR for July, 2024 - billed at a rate - $150 per the report | | | | |
| | 09/26/2024 - Docket # 133 - MOR for August, 2024 - billed at a rate - $150 per the report | | | | |
| | 10/21/2024 - Docket # 134 - MOR for September, 2024 - billed at a rate $150 per the report | | | | |

| | | | | |
|---|---|---|---|---|
| | 12/19/2024 - Docket # 139 - MOR for October, 2024 - billed at a rate $150 per the report<br><br>12/19/2024 - Docket # 140 - MOR for November, 2024 - billed at a rate - $150 per the report<br><br>02/25/2025 - Docket # 143 - MOR for December, 2024 - billed at a rate - $150 per the report<br><br>02/25/2025 - Docket # 144 - MOR for January, 2025 - billed at a rate - $150 per the report<br><br>04/17/2025 - Docket # 148, 149 - MOR for February, 2025 - billed at a rate - $150 per the report<br><br>05/29/2025 - Docket # 151 - MOR for March, 2025 - billed at a rate - $150 per the report<br><br>06/19/2025 - Docket # 152 - MOR for April, 2025 - billed at a rate - $150 per the report<br><br>07/30/2025 - Docket # 155 - MOR for May, 2025 - billed at a rate - $150 per the report<br><br>07/30/2025 - Docket # 156 - MOR for June, 2025 - billed at a rate - $150 per the report<br><br>09/17/2025 - Docket # 166 - MOR for July, 2025 - billed at a rate - $150 per the report | | | |