Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                              Case No.: 21-22076-shl

     Gila Morlevi,                                              Chapter 11

                         Debtor.
----------------------------------------------------------X

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that a hearing on the annexed motion, dated October 1, 2025 (the

"**Motion**"), of Gila Morlevi (the "**Debtor**"), will be held before the Honorable Sean H. Lane, United

States Bankruptcy Judge for the Southern District of New York, on **October 22, 2025, at 10:00**

**A.M.,** in the United States Bankruptcy Court – Southern District of New York, 300 Quarropas

Street, White Plains, NY, 10601-4140. The Hearing will be held via Zoom or as soon thereafter as

counsel can be heard.

      **PLEASE TAKE FURTHER NOTICE** that any objection to the within Motion must be in

writing and must state with particularity the grounds of the objection.  The objection must be filed

with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov, and a copy of the

objection must be served upon the undersigned counsel for the debtor so as to be received no later

than seven (7) days before the hearing date.


Dated: Brooklyn, New York
      October 1, 2025                                        */s/ Alla Kachan*
                                            Alla Kachan, Esq.

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                          Chapter 11

Gila Morlevi,                                                 Case No.: 21-22076-shl


                                    Debtor.
-------------------------------------------------------X

## APPLICATION OF LAW OFFICES OF ALLA KACHAN, P.C. FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR PROFESSIONAL SERVICES RENDERED AS COUNSEL FOR THE DEBTOR

The Law Office of Alla Kachan, P.C. ("LOAK"), submits this application (the "Application") in support of an Order, pursuant to sections 327 and 330 of title 11 of the United States code ("Bankruptcy Code"), for allowance of interim compensation for services rendered, and for reimbursement of expenses incurred, as counsel to Gila Morlevi, the Debtor herein ("Debtor"), during the period of **February 4, 2021 through and including October 1, 2025** ("Compensation Period"), and respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this case and this Application pursuant to 28 U.S.C. §§157 and 1334. Venue in this District is proper pursuant to 28 U.S.C. §§1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 327 and 330 of the Bankruptcy Code and Rules 2002(a) and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

## BACKGROUND

3.      On February 4, 2021 (the "Petition Date"), the Debtor filed a voluntary petition with this Court for relief under chapter 11 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code").

4.      Debtor has continued in the possession of his property as Debtor in possession, pursuant to 11 U.S.C. §§1108 and 1109.

5.      The Debtor is individually residing at 25 Ellington Way, Spring Valley, NY 10977.

6.      No committee of unsecured creditors has been appointed in this case.

7.      The allowance for interim compensation seeks the entry of an Order awarding professional fees totaling $31,679.17, which consists of the balance of a pre-petition retainer of $9,000.00, remaining as of the petition date, as well as an additional sum of $22,679.17, plus $1,838.98 for reimbursement of expenses. The pre-petition retainer in the amount of $9,000.00 will be applied against the total compensation amount of $31,679.17 being sought herein. The fees and expenses of LOAK in Debtor's estate are more particularly described below and as set forth in Schedule A, annexed hereto. Applicant's time records are annexed hereto and have been provided in accordance with the guidelines established by the Office of the United States Trustee ("US Trustee").

## LEGAL SERVICES

8.      During the Compensation Period, LOAK performed, among other things, the following services for the Debtors:

**A.**      **Bankruptcy Petition, Statement and Related Documents**

On February 4, 2021, LOAK, on behalf of the Debtor, filed the Debtor's Chapter 11 bankruptcy petition, statement and related documents (ECF No. 1-2).

**B.**      **Meeting of Creditors**

9.      On March 4, 2021, LOAK attended the Debtor's section 341 meeting with the Office of the United States Trustee.

**C.**      **First Day Motions**

10.      On February 18, 2021, LOAK filed the Motion on behalf of the Debtor to set last day to file proofs of claim (ECF No.8). The Motion was granted by the Order entered on April 5, 2021 (ECF No. 10)

11.      On August 6, 2021, LOAK on behalf of the Debtor filed an application seeking to retain LOAK as counsel to the Debtor, effective as of February 4, 2021 (ECF No.21). On January 3, 2022, the Court entered the Retention Order authorizing the Debtor to retain LOAK as counsel to the Debtor, effective as of February 4, 2021 (ECF No.29)

12.      On August 6, 2021, LOAK on behalf of the Debtor filed an application seeking to retain the Wisdom Professional Services Inc., as accountant to the Debtor, effective as of February 4, 2021 (ECF No.22). On January 3, 2022, the Court entered the Retention Order authorizing the Debtor to retain the Wisdom Professional Services Inc. as accountant to the Debtor, effective as of February 4, 2021 (ECF No.30).

**D.**      **Financing**

13.      Analyze and address financing-related issues; discuss potential payments to Creditors.

**E.**      **Case Administration**

14.      During Compensation period, LOAK reviewed, redacted and filed 54 (fifty-four)

monthly operating reports; assisted Debtor with administrative aspects of Chapter 11 case; prepared and circulated case updates; attend to finalization and filing of documents; procured and memorialized hearing adjournments.

F.      **Plan and Disclosure Statement**

19.      On September 16, 2025, LOAK filed Chapter 11 Plan (ECF No.164) and Disclosure Statement with Exhibits (ECF No.165) on behalf of the Debtor;

G.      **Miscellaneous Services and General Appearance**

20.      LOAK reviewed relevant documents filed in connection with the Debtor's bankruptcy case and drafted and filed responses, opposition to pleadings where necessary. In addition, during the Compensation period of the Debtor's bankruptcy case, LOAK communicated with the Court, the Office of the United States Trustee, the Debtor, the Debtor's Creditors, the Debtor's special counsel, and other parties in connection with the Debtor's bankruptcy case via phone, emails, mails and in person. Moreover, the LOAK appeared at numerous case status conferences and hearings.

21.      LOAK maintained written records of the time expended by Alla Kachan, Esq., and her staff in the rendition of its services to the Debtor. (See records showing the date on which the services were performed, the services rendered, the corresponding activity category and the amount of time spent in performing the services during the Compensation Period (Schedule A). Ms. Kachan's fee is $475.00 an hour and all services were performed by either her or her support staff. The support staff is billed at $250.00 an hour.

22.      The "task" categories used in connection with LOAK time records are explained as follows:

a.      Draft

i.      LOAK uses the activity category "Draft" for services relating to drafting motions

and applications, correspondence, or memorandums. LOAK's work within this activity category during the Compensation Period consisted primarily of drafting applications in this matter.

    ii.     During the Compensation Period, LOAK expended a total of 93 hours 25 minutes within this activity category for total fees of $31,679.17

    b.     Admin

    i.     LOAK uses the activity category "Admin" to include all telephone correspondence between attorney and clients, opposing counsels, etc.; filing and serving motions and applications; telephone discussions between either Alla Kachan, Esq. or staff and attorneys, clients, opposing counsels, witnesses, etc.

    ii.     During the Compensation Period, LOAK expended a total of 93 hours and 25 minutes within this activity category, billed at the above-mentioned rates for attorney (37 hours 00 minutes at $475.00 an hour) and staff (56 hours and 25 minutes at $250.00 an hour) for total fees of $31,679.17

    UPS Charges

    iii.     Shipping charges at $1,838.98.

23.     Aggregating the time spent for all categories as identified above, LOAK devoted 93 hours and 25 minutes in professional services during the Compensation Period in its representation of the Debtor in this case for total fee of $31,679.17, which consists of the balance of a pre-petition retainer of $9,000.00, remaining as of the petition date, as well as an additional sum of $22,679.17, plus $1838.98 for reimbursement of expenses.

24.     The following chart reflects the total time spent on the case by each professional during the Compensation Period:

| Professional | Year Admitted | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|
| Alla Kachan Paralegal | 2003 | $475.00 $250.00 | 37 hr.00m 56 hr.25m | $17,575.00 $14,104.17 |

25.    As set forth herein, and in the certification of Alla Kachan, Esq., annexed hereto, it is respectfully submitted that this Application is in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the United States Trustee's guidelines.

### COMPENSATION FOR SERVICES RENDERED DURING THE INTERIM COMPENSATION PERIOD

Pursuant to Section 327 of the Bankruptcy Code, the Trustee, with the court's approval, may employ, for a specific purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which such attorney is to be employed. 11 U.S.C. §327. Under Section 330(a) of the Bankruptcy Code, the court may award a professional "reasonable compensation for actual, necessary services rendered" by such professional and "reimbursement for actual, necessary expenses." 11 U.S.C. §330.

The factors to be considered in awarding attorneys' fees were enumerated in *In re First Colonial Corporation of America*, 544 F.2d 1291, 1298-99 (5h Cir.), cert. denied, 431 U.S. 904, 97 S.Ct. 1696, 52L.Ed.2d 388 (1977), as follows: (a) the time and labor required; (b) the novelty and difficulty of questions; (c) the skill requisite to  perform the legal services properly; (d) the preclusion of other employment due to acceptance of the case; (e) the customary fee; (f) whether the fee is fixed or contingent; (g) time limitations imposed by the client or other circumstances; (h) the amount involved and the results obtained; (i) the experience, reputation and ability of the attorneys; (j) undesirability of the case; and (k) the nature and length of the professional

relationship. The clear Congressional intent and policy expressed in this section is to provide for adequate compensation in order to continue to attract qualified and competent practitioners to bankruptcy cases. *Id.*

LOAK submits that the fees set forth herein are reasonable for the work performed in this case under the circumstances. All of the services for which compensation is sought herein were rendered for and on behalf of the Debtor, and not on behalf of any other entity. The professional services rendered by LOAK required a high degree of professional competence and expertise so that the issues requiring evaluation and action by the Debtor during the Compensation Period could be attended to with skill and dispatch. It is respectfully submitted that the services rendered by LOAK to the Debtor were performed efficiently, effectively and economically, with good results, and have helped prove and effectively document the Debtor's claims. LOAK, has, in connection with its representation, attempted to minimize costs as much as possible.

As discussed herein, LOAK diligently represented the interests of the Debtor during the Compensation Period while working to review and dispute any inconsistencies in claims, pleadings and documentation proffered. Accordingly, LOAK submits that, considering the factors outlined above, the requested allowance of compensation as set forth herein is appropriate.

## CONCLUSION

Because there are no novel issues of law presented by this Application and the relevant points of authorities have been set forth herein, LOAK respectfully requests that the Court waive any requirement that LOAK submit a memorandum of law in support of this Application.

No arrangement has been made, directly or indirectly, and no understanding exists, for a division of compensation herein between LOAK and any other person, whether or not contrary to the provisions of the Bankruptcy Code, the Bankruptcy Rules, or any other provision of federal or state

law.

WHEREFORE, LOAK respectfully requests that this Court enter an Order:

(1)     Approving of allowed interim Compensation totaling $31,679.17, which consists of the balance of a pre-petition retainer of $9,000.00, remaining as of the petition date, as well as an additional sum of $22,679.17 to be paid by the Debtor and plus reimbursement of expenses of $1,838.98 accumulated during the interim Compensation.

(2)     Granting such other and further relief as this Court may deem just and proper.

WHEREFORE, it is respectfully requested that LOAK be awarded interim compensation in the sum of $31,679.17 which consists of the balance of a pre-petition retainer of $9,000.00, remaining as of the petition date, as well as an additional sum of $22,679.17 to be paid by the Debtor and plus reimbursement of expenses of $1,838.98 accumulated during the interim Compensation.

.

Dated: Brooklyn, New York                                        /s/ Alla Kachan
      October 1, 2025                                        Alla Kachan, Esq.
                                            Law Offices of Alla Kachan
                                            2799 Coney Island Avenue, Ste. 202

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Fax: (347)342-3156
alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                            Chapter 11

Gila Morlevi,                                     Case No.: 21-22076-shl

                        Debtor.
-------------------------------------------------------X

## CERTIFICATION OF APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

1. I, Alla Kachan, have been designated by the Law Offices of Alla Kachan, PC (the "Applicant") as the professional with responsibility in this case for compliance with General Order 613: Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for interim compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking interim compensation for the expenditures described in the application for such, the Applicant is seeking interim compensation only for the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the

extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking interim reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: NONE.

7. The United States Trustee, Trustee, Debtors, and other interested parties have been provided with a statement of fees and disbursements that is the subject of the Application.


Dated: Brooklyn, New York            /s/ *Alla Kachan*
       October 1, 2025               Alla Kachan, Esq.
                                   Law Offices of Alla Kachan
                                   2799 Coney Island Avenue, Ste. 202
                                   Brooklyn, NY 11235
                                   Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 11

Gila Morlevi,                                                          Case No.: 21-22076-shl
                                    Debtor.
-------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing **February 2, 2021** through and including **October 1, 2025**; and a hearing having been held before this court to consider the Application on **October 22, 2025**; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a) (7) and (c) (2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application(s) is/are granted to the extent set forth in the attached Schedules.[1]


Dated: New York, New York
_____,2025




_____               _____
                                                                       United States Bankruptcy Judge
                                                                       Southern District of New York


_____

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.:1-21-22076 - shl
Case Name: Gila Morlevi

### INTERIM FEE PERIOD
### 2/4/2021-10/1/2025

| Applicant | Fees Requested on Application | Fees Allowed | Retainer Balance | Fees to be paid for current pay period | Expenses Requested | Expenses to be paid for current fee period |
|---|---|---|---|---|---|---|
| Law Offices of Alla Kachan, P.C. | $31,679.17 | $31,679.17 | $9,000.00 | $22,679.17 | $1,838.98 | $1,838.98 |

Case No.: 1-21-22076-nhl
Case Name: Gila Morlevi

| Date | Description | Rate | Time spent (min) | Amount |
|------|-------------|------|------------------|--------|
| 2/4/2021 | Drafting Affidavit Re: Pursuant to E.D.N.Y. LBR 2017-1 | 475 | 30 | $237.50 |
| 2/4/2021 | Filing Affidavit Re: Pursuant to E.D.N.Y. LBR 2017-1 | 250 | 10 | $41.67 |
| 2/4/2021 | Email to the Creditors. Re: Filing Bankruptcy Chapter 11 Case | 250 | 20 | $83.33 |
| 2/4/2021 | Filing Certificate of Credit Counseling for Debtor | 250 | 10 | $41.67 |
| 2/17/2021 | Email correspondence with Client. Re: IDI and 341(a) meeting of creditors | 250 | 15 | $62.50 |
| 2/17/2021 | Email correspondence with US Trustee Office. Re: Production of documents | 250 | 30 | $125.00 |
| 2/18/2021 | Phone call with the Client. Re: Next steps in Bankruptcy Chapter 11 Case | 475 | 20 | $158.33 |
| 2/18/2021 | Phone call with the Client. Re: Documents | 250 | 5 | $20.83 |
| 2/18/2021 | Drafting Motion to Set Last Day to File Proofs of Claim | 475 | 60 | $475.00 |
| 2/18/2021 | Filing Motion to Set Last Day to File Proofs of Claim | 250 | 10 | $41.67 |
| 2/18/2021 | Email to Chambers. Re: Proposed order | 250 | 5 | $20.83 |
| 2/18/2021 | Email correspondence with the US Trustee Office. Re: Retentions | 250 | 10 | $41.67 |
| 2/18/2021 | Email correspondence with Client. Re: Documents for IDI | 250 | 20 | $83.33 |
| 2/22/2021 | Consultation with Client. Re: IDI | 475 | 30 | $237.50 |
| 2/22/2021 | IDI, Appearance | 475 | 60 | $475.00 |
| 3/3/2021 | Email correspondence with US Trustee Office. Re: outstanding documents | 250 | 10 | $41.67 |
| 3/4/2021 | Consultation to the Client. Re: Preparation before 341(a) Meeting of Creditors | 475 | 30 | $237.50 |
| 3/4/2021 | Appearance at 341(a) Meeting of Creditors | 475 | 60 | $475.00 |
| 3/5/2021 | Email correspondence with Client. Re: Insurances | 250 | 10 | $41.67 |
| 3/11/2021 | Email correspondence with Client. Re: documents | 250 | 10 | $41.67 |
| 3/23/2021 | Email correspondence with US Trustee Office. Re: Proposed order | 250 | 10 | $41.67 |
| 4/8/2021 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Order signed on 4/5/2021 Granting Motion Establishing Deadline for Filing Proofs of Claim | 250 | 60 | $250.00 |
| 4/19/2021 | Email correspondence with US Trustee Office. Re: outstanding quarterly fees and MORs | 250 | 10 | $41.67 |
| 4/23/2021 | Email correspondence with Client. Re: Lar dan affidavit | 250 | 30 | $125.00 |

| 4/28/2021 | Email correspondence with Creditor's attorney. Re: Bankruptcy filing | 250 | 20 | $83.33 |
|---|---|---|---|---|
| 4/29/2021 | Reviewing, redacting and filing MOR for Filing Period February 2021 with Exhibits | 250 | 20 | $83.33 |
| 5/5/2021 | Email correspondence with Client. Re: MORs | 250 | 10 | $41.67 |
| 5/26/2021 | Reviewing, redacting and filing MOR for Filing March 2021 with Exhibits | 250 | 20 | $83.33 |
| 6/3/2021 | Email correspondence with Insurance broker. Re: Insurance | 250 | 10 | $41.67 |
| 6/3/2021 | Reviewing, redacting and filing Amended MOR for Filing Period February 2021 with Exhibits | 250 | 10 | $41.67 |
| 6/4/2021 | Reviewing, redacting and filing MOR for Filing Period April 2021 with Exhibits | 250 | 20 | $83.33 |
| 7/6/2021 | Reviewing, redacting and filing MOR for Filing Period May 2021 with Exhibits | 250 | 20 | $83.33 |
| 7/30/2021 | Reviewing, redacting and filing MOR for Filing Period June 2021 with Exhibits | 250 | 20 | $83.33 |
| 8/6/2021 | Email correspondence with US Trustee Office. Re: Retention applications and proposed orders | 250 | 20 | $83.33 |
| 8/6/2021 | Drafting an Application to Employ Law Offices of Alla Kachan, P.C. as Attorney for the Debtor | 475 | 60 | $475.00 |
| 8/6/2021 | Filing an Application to Employ Law Offices of Alla Kachan, P.C. as Attorney for the Debtor | 250 | 10 | $41.67 |
| 8/6/2021 | Drafting an Application to Employ Wisdom Professional Services Inc. as Accountant for the Debtor | 475 | 60 | $475.00 |
| 8/6/2021 | Filing an Application to Employ Wisdom Professional Services Inc. as Accountant for the Debtor | 250 | 10 | $41.67 |
| 9/20/2021 | Reviewing, redacting and filing MOR for Filing Period July 2021 with Exhibits | 250 | 20 | $83.33 |
| 10/22/2021 | Reviewing, redacting and filing MOR for Filing Period September 2021 with Exhibits | 250 | 20 | $83.33 |
| 10/26/2021 | Reviewing, redacting and filing MOR for Filing Period August 2021 with Exhibits | 250 | 20 | $83.33 |
| 11/24/2021 | Reviewing, redacting and filing MOR for Filing Period October 2021 with Exhibits | 250 | 20 | $83.33 |
| 12/29/2021 | Reviewing, redacting and filing MOR for Filing Period November 2021 with Exhibits | 250 | 20 | $83.33 |
| 1/7/2022 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Notice of Hearing | 250 | 60 | $250.00 |
| 1/21/2022 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 1/25/2022 | Reviewing, redacting and filing MOR for Filing Period December 2021 with Exhibits | 250 | 20 | $83.33 |
| 3/2/2022 | Reviewing, redacting and filing MOR for Filing Period January 2022 with Exhibits | 250 | 20 | $83.33 |

| | | | | |
|---|---|---|---|---|
| 3/22/2022 | Email correspondence with Client. Re: Creditors | 250 | 10 | $41.67 |
| 3/30/2022 | Reviewing, redacting and filing MOR for Filing Period February 2022 with Exhibits | 250 | 20 | $83.33 |
| 4/5/2022 | Drafting and filing Amended Schedules filed: Schedule E/F - Individual | 250 | 30 | $125.00 |
| 4/21/2022 | Drafting Motion to Disallow Claims No 1 and 2 filed by Cavalry SPV, LLC | 475 | 60 | $475.00 |
| 4/21/2022 | Filing Motion to Disallow Claims No 1 and 2 filed by Cavalry SPV, LLC | 250 | 10 | $41.67 |
| 4/21/2022 | Drafting Motion to Avoid Lien | 475 | 120 | $950.00 |
| 4/21/2022 | Filing Motion to Avoid Lien | 250 | 10 | $41.67 |
| 4/22/2022 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Motion to Disallow Claims No 1 and 2 filed by Cavalry SPV, LLC; Motion to Avoid Lien | 250 | 60 | $250.00 |
| 4/25/2022 | Reviewing, redacting and filing MOR for Filing Period March 2022 | 250 | 20 | $83.33 |
| 4/25/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 5/12/2022 | Email correspondence with Creditor's attorney. Re: Motion to Avoid Lien | 250 | 10 | $41.67 |
| 5/16/2022 | Phone call with Creditor's attorney. Re: Motion to Avoid Lien | 475 | 30 | $237.50 |
| 5/20/2022 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 5/23/2022 | Reviewing, redacting and filing MOR for Filing Period April 2022 | 250 | 20 | $83.33 |
| 5/23/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 6/9/2022 | Phone call with Creditor's attorney. Re: Claim | 475 | 30 | $237.50 |
| 6/23/2022 | Reviewing Opposition by Penske Truck Leasing Co., L.P. to Debtor's motion to avoid lien | 475 | 60 | $475.00 |
| 6/23/2022 | Reviewing, redacting and filing MOR for Filing Period May 2022 | 250 | 20 | $83.33 |
| 6/23/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 6/30/2022 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 7/21/2022 | Reviewing, redacting and filing MOR for Filing Period June 2022 | 250 | 20 | $83.33 |
| 7/21/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 8/25/2022 | Reviewing, redacting and filing MOR for Filing Period July 2022 | 250 | 20 | $83.33 |
| 8/25/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 9/23/2022 | Reviewing, redacting and filing MOR for Filing Period August 2022 | 250 | 20 | $83.33 |
| 9/23/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 11/1/2022 | Reviewing, redacting and filing MOR for Filing Period September 2022 | 250 | 20 | $83.33 |
| 11/1/2022 | Filing Exhibit A | 250 | 10 | $41.67 |

| | | | |
|---|---|---|---|---|
| 12/2/2022 | Reviewing, redacting and filing Amended MOR for Filing Period September 2022 | 250 | 10 | $41.67 |
| 12/2/2022 | Reviewing, redacting and filing MOR for Filing Period October 2022 | 250 | 20 | $83.33 |
| 12/2/2022 | Filing Exhibit A | 250 | 10 | $41.67 |
| 1/9/2023 | Reviewing, redacting and filing Amended MOR for Filing Period October 2022 | 250 | 10 | $41.67 |
| 1/9/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 1/9/2023 | Reviewing, redacting and filing MOR for Filing Period November 2022 | 250 | 20 | $83.33 |
| 1/9/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 2/7/2023 | Reviewing, redacting and filing MOR for Filing Period December 2022 | 250 | 20 | $83.33 |
| 2/7/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 2/8/2023 | Email correspondence with Client. Re: case status | 475 | 20 | $158.33 |
| 2/17/2023 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 2/28/2023 | Reviewing, redacting and filing MOR for Filing Period January 2023 | 250 | 20 | $83.33 |
| 2/28/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 3/2/2023 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 3/22/2023 | Reviewing, redacting and filing MOR for Filing Period February 2023 | 250 | 20 | $83.33 |
| 3/22/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 4/21/2023 | Reviewing, redacting and filing MOR for Filing Period March 2023 | 250 | 20 | $83.33 |
| 4/21/2023 | Filing Exhibit A | 250 | 10 | $41.67 |
| 4/24/2023 | Reviewing Motion for Relief from Stay RE: 25 Ellington Way, Spring Valley, New York 10977 filed by Phillip Andrew Raymond on behalf of Nationstar Mortgage LLC | 475 | 120 | $950.00 |
| 4/28/2023 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 5/2/2023 | Email correspondence with Client. Re: Mortgage payments | 250 | 10 | $41.67 |
| 5/16/2023 | Drafting Objection to Motion for Relief from stay | 475 | 60 | $475.00 |
| 5/16/2023 | Filing Objection to Motion for Relief from stay | 250 | 10 | $41.67 |
| 5/18/2023 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Objection | 250 | 60 | $250.00 |
| 5/22/2023 | Drafting and filing Amended Schedule(s), Schedule D - Individual | 250 | 20 | $83.33 |
| 5/22/2023 | Drafting and filing Amended Schedule(s), Schedule E/F - Individual | 250 | 30 | $125.00 |
| 5/22/2023 | Reviewing, redacting and filing MOR for Filing Period April 2023 with Exhibits | 250 | 20 | $83.33 |
| 5/24/2023 | Phone call with Client. Re: Documents | 250 | 5 | $20.83 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 6/23/2023 | Reviewing, redacting and filing MOR for Filing Period May 2023 with Exhibits | 250 | 20 | $83.33 |
| 7/10/2023 | Email correspondence with Client. Re: Loss mitigation request | 250 | 20 | $83.33 |
| 7/10/2023 | Drafting and filing Loss Mitigation Request Pursuant to General Order M455 with Nationstar Mortgage LLC, 1931 | 250 | 20 | $83.33 |
| 7/11/2023 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Loss Mitigation Request | 250 | 60 | $250.00 |
| 7/12/2023 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 7/19/2023 | Reviewing, redacting and filing MOR for Filing Period June 2023 with Exhibits | 250 | 20 | $83.33 |
| 7/25/2023 | Email correspondence with Creditors attorney. Re: Mortgage payments | 250 | 30 | $125.00 |
| 8/21/2023 | Reviewing, redacting and filing MOR for Filing Period July 2023 with Exhibits | 250 | 20 | $83.33 |
| 9/5/2023 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 9/21/2023 | Reviewing, redacting and filing MOR for Filing Period August 2023 with Exhibits | 250 | 20 | $83.33 |
| 9/21/2023 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Order Signed On 9/18/2023, Granting Loss Mitigation Request With Nationstar Mortgage LLC : 1931 ; | 250 | 60 | $250.00 |
| 10/16/2023 | Email correspondence with Client. Re: Mortgage modification Package | 250 | 60 | $250.00 |
| 10/25/2023 | Reviewing, redacting and filing MOR for Filing Period September 2023 with Exhibits | 250 | 20 | $83.33 |
| 11/8/2023 | Reviewing Documents for Mortgage Modification Package | 250 | 60 | $250.00 |
| 11/8/2023 | Email correspondence with Client and IRS. Re: Tax return | 250 | 20 | $83.33 |
| 11/14/2023 | Drafting and filing Status Report | 250 | 20 | $83.33 |
| 11/28/2023 | Reviewing, redacting and filing MOR for Filing Period October 2023 with Exhibits | 250 | 20 | $83.33 |
| 12/10/2023 | Reviewing Documents for Mortgage Modification Package | 475 | 30 | $237.50 |
| 12/10/2023 | Document production for Mortgage modification. Submitting Mortgage modification package | 250 | 180 | $750.00 |
| 12/19/2023 | Reviewing, redacting and filing MOR for Filing Period November 2023 with Exhibits | 250 | 20 | $83.33 |
| 1/24/2024 | Reviewing, redacting and filing MOR for Filing Period December 2023 with Exhibits | 250 | 20 | $83.33 |
| 1/24/2024 | Email correspondence with Creditor's attorney. Re: Missing documents | 250 | 10 | $41.67 |
| 1/31/2024 | Drafting and filing a letter of adjournment | 250 | 20 | $83.33 |
| 2/28/2024 | Phone call with Client. Re: Documents | 250 | 5 | $20.83 |
| 2/23/2024 | Reviewing, redacting and filing MOR for Filing Period January 2024 with Exhibits | 250 | 20 | $83.33 |
| 3/6/2024 | Drafting and filing Status Report | 250 | 20 | $83.33 |
| 3/7/2024 | Court Appearance, Status Conference | 475 | 60 | $475.00 |

| | | | | |
|---|---|---|---|---|
| 3/29/2024 | Reviewing, redacting and filing MOR for Filing Period February 2024 with Exhibits | 250 | 20 | $83.33 |
| 5/1/2024 | Reviewing Documents for Mortgage Modification Package | 475 | 30 | $237.50 |
| 5/1/2024 | Document production for new Mortgage modification. Submitting new Mortgage modification package | 250 | 120 | $500.00 |
| 5/1/2024 | Drafting and filing Status Report | 250 | 20 | $83.33 |
| 5/2/2024 | Reviewing, redacting and filing MOR for Filing Period March 2024 with Exhibits | 250 | 20 | $83.33 |
| 5/30/2024 | Email correspondence with Client. Re: additional documents for Mortgage modification | 250 | 30 | $125.00 |
| 6/13/2024 | Reviewing, redacting and filing MOR for Filing Period April 2024 with Exhibits | 250 | 20 | $83.33 |
| 6/14/2024 | Phone call with Client. Re: Case status | 475 | 30 | $237.50 |
| 7/10/2024 | Reviewing, redacting and filing MOR for Filing Period May 2024 with Exhibits | 250 | 20 | $83.33 |
| 7/22/2024 | Reviewing, redacting and filing MOR for Filing Period June 2024 with Exhibits | 250 | 20 | $83.33 |
| 8/6/2024 | Email correspondence with Client. Re: additional documents for Mortgage modification | 250 | 30 | $125.00 |
| 8/16/2024 | Phone call with Client. Re: Mortgage modification | 475 | 30 | $237.50 |
| 9/9/2024 | Reviewing, redacting and filing MOR for Filing Period July 2024 with Exhibits | 250 | 20 | $83.33 |
| 9/26/2024 | Reviewing, redacting and filing MOR for Filing Period August 2024 with Exhibits | 250 | 20 | $83.33 |
| 10/21/2024 | Reviewing, redacting and filing MOR for Filing Period September 2024 with Exhibits | 250 | 20 | $83.33 |
| 10/29/2024 | Drafting and filing Status Report | 250 | 20 | $83.33 |
| 10/30/2024 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 11/19/2024 | Email correspondence with Creditor's attorney. Re: additional documents | 250 | 30 | $125.00 |
| 12/17/2024 | Drafting and filing Status Report | 250 | 20 | $83.33 |
| 12/19/2024 | Reviewing, redacting and filing MOR for Filing Period October 2024 with Exhibits | 250 | 20 | $83.33 |
| 12/19/2024 | Reviewing, redacting and filing MOR for Filing Period November 2024 with Exhibits | 250 | 20 | $83.33 |
| 12/19/2024 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 1/28/2025 | Email correspondence with Creditor's attorney. Documents production | 250 | 30 | $125.00 |
| 2/25/2025 | Reviewing, redacting and filing MOR for Filing Period December 2024 with Exhibits | 250 | 20 | $83.33 |
| 2/25/2025 | Reviewing, redacting and filing MOR for Filing Period January 2025 with Exhibits | 250 | 20 | $83.33 |
| 4/2/2025 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 4/17/2025 | Reviewing, redacting and filing MOR for Filing Period February 2025 with Exhibits | 250 | 20 | $83.33 |

| 4/17/2025 | Reviewing, redacting and filing Amended MOR for Filing Period February 2025 with Exhibits | 250 | 10 | $41.67 |
|---|---|---|---|---|
| 5/29/2025 | Reviewing, redacting and filing MOR for Filing Period March 2025 with Exhibits | 250 | 20 | $83.33 |
| 5/28/2025 | Email correspondence with Client. Re: Document production | 250 | 30 | $125.00 |
| 5/28/2025 | Phone call with Client. Re: Mortgage modification | 475 | 30 | $237.50 |
| 5/28/2025 | Document production for Mortgage modification. Submitting additional documents for Mortgage modification | 250 | 60 | $250.00 |
| 5/29/2025 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 6/19/2025 | Reviewing, redacting and filing MOR for Filing Period April 2025 with Exhibits | 250 | 20 | $83.33 |
| 7/30/2025 | Reviewing, redacting and filing MOR for Filing Period May 2025 with Exhibits | 250 | 20 | $83.33 |
| 7/30/2025 | Reviewing, redacting and filing MOR for Filing Period June 2025 with Exhibits | 250 | 20 | $83.33 |
| 8/8/2025 | Phone call with Client. Re: Mortgage payment | 475 | 25 | $197.92 |
| 8/12/2025 | Document production for Mortgage modification. Submitting additional documents for Mortgage modification | 250 | 60 | $250.00 |
| 8/19/2025 | Reviewing Motion to Dismiss Case | 475 | 30 | $237.50 |
| 9/9/2025 | Drafting Objection to Motion to Dismiss Case | 475 | 60 | $475.00 |
| 9/10/2025 | Filing Objection to Motion to Dismiss Case | 250 | 10 | $41.67 |
| 9/11/2025 | Drafting Letter to the Judge | 475 | 10 | $79.17 |
| 9/11/2025 | Filing Letter to the Judge | 250 | 10 | $41.67 |
| 9/11/2025 | Email correspondence with Client. Re: Plan | 250 | 40 | $166.67 |
| 9/12/2025 | Drafting, filing and serving Affidavit/Certificate of Service. Re: Objection | 250 | 60 | $250.00 |
| 9/15/2025 | Reviewing Claims Register | 475 | 60 | $475.00 |
| 9/15/2025 | Drafting Chapter 11 Plan | 475 | 180 | $1,425.00 |
| 9/16/2025 | Filing Chapter 11 Plan | 250 | 30 | $125.00 |
| 9/16/2025 | Drafting Chapter 11 Disclosure Statement with Exhibits | 475 | 180 | $1,425.00 |
| 9/16/2025 | Filing Chapter 11 Disclosure Statement with Exhibits | 250 | 30 | $125.00 |
| 9/16/2025 | Phone call with Client. Re: Case status | 475 | 15 | $118.75 |
| 9/17/2025 | Reviewing, redacting and filing MOR for Filing Period June 2025 with Exhibits | 250 | 20 | $83.33 |
| 9/17/2025 | Court Appearance, Status Conference | 475 | 60 | $475.00 |
| 9/22/2025 | Drafting Motion to Approve / MOTION OF THE DEBTOR FOR ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND VOTING ON THE DEBTORS CHAPTER 11 PLAN; AND (III) SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN | 475 | 60 | $475.00 |

| 9/22/2025 | Filing Motion to Approve / MOTION OF THE DEBTOR FOR ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND VOTING ON THE DEBTORS CHAPTER 11 PLAN; AND (III) SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN | 250 | 10 | $41.67 |
|---|---|---|---|---|
| 10/1/2025 | Drafting and fling Final application for compensation for accountant | 250 | 120 | $500.00 |
| | Total balance | | | $31,679.17 |
| | Retainer Balance | | | $9,000.00 |
| | | | | $22,679.17 |
| | Expenses | | | $1,838.98 |
| | Outstanding Balance | | | $24,518.15 |

.