UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                      Case No.: 21-22076-shl

 Gila Morlevi,                                            Chapter 11

                    Debtor.
---------------------------------------------------------X

## ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SCHEDULING HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on September 16, 2025 [ECF No. 165], referring to a Plan under Chapter 11 of the Code filed by the Debtor on September 16, 2025 [ECF No. 164]; on September 22, 2025, a Motion for the entry of an order (i) conditionally approving the Disclosure Statement; (ii) establishing procedures for solicitation and voting on the Debtor's chapter 11 plan; and (iii) scheduling a combined hearing on final approval of the Disclosure Statement and Confirmation of plan was filed by the Debtor [ ECF No. 168]; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

1) The Disclosure Statement filed by the Debtor on September 16, 2025 [ECF No. 165] (the "Disclosure Statement") has been conditionally approved pursuant to 11 U.S.C. §1125; and it is further

2) A hearing on the final approval of the Debtor's Disclosure statement and Confirmation of the plan is scheduled for **<u>December 11, 2025, at 10:00 A.M.</u>** before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court – Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4140.  The hearing will be held via

Zoom. Parties wishing to participate in the hearing must register their appearance utilizing the Electronic Appearance portal located on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. EST on the business day prior to the hearing. Additional information concerning how to participate in the hearing is available in the Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.; and it is further

3) On or before **October 31, 2025,** the Debtor shall serve by first class mail copies of this Order, the Plan, the Disclosure Statement, exhibits and a ballot substantially in the form of Official Bankruptcy Form B14 on the Office of the United States Trustee, all creditors, equity security holders, and other parties in interest, and shall file proof of service by November 4, 2025; and it is further

4) All ballots voting in favor of or against the Plan are to be submitted so as to be actually received by counsel for the Debtor on or before **November 24, 2025 at 4:00 p.m.,** and may be submitted by regular mail, overnight mail, facsimile, or email Law Offices of Alla Kachan, P.C. 2799 Coney Island Avenue, Suite 202, Brooklyn, NY 11235, Fax number (347) 342-3156, or email alla@kachanlaw.com; and it is further

5) Objections to confirmation of the Plan must be in writing, must be set forth particularity the ground(s) for such objection, and must be filed with the Clerk of the U.S. Bankruptcy Court, Eastern District of New York by **November 28, 2025 at 4:00 p.m**., with a hard copy mailed to (i) Debtor's counsel, Law Offices of Alla Kachan, P.C. 2799 Coney Island Avenue, Ste. 202, Brooklyn, NY 11235; (ii) Office of the United States Trustee, Southern District of NY, Alexander Hamilton Customer House, One Bowling Green, Room 534, New York, NY 10004-

1408; and (iii) all parties that have filed notices of appearance in this case; <u>and it is further</u>

6) Counsel for the Debtor shall file a ballot tally and an affidavit and/or brief in support of confirmation by **December 4, 2025, at 12:00 p.m.**

Dated:  White Plains, New York
October 22, 2025

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE