# EXHIBIT B

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, New York 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                          Case No.: 21-22076-shl

    Gila Morlevi,                                          Chapter 11

                            Debtor.
------------------------------------------------------X

## CLASS [   ] BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

        Gila Morlevi filed the Amended Chapter 11 plan of reorganization dated December 19, 2025 (the "Plan") for the Debtor in this case. If you do not have a Plan of reorganization, you may obtain a copy from:

        **LAW OFFICE OF ALLA KACHAN, P.C.**
        **2799 CONEY ISLAND AVENUE, SUITE 202**
        **BROOKLYN, NEW YORK 11235**
        **TEL.: (718) 513-3145**
        **FAX: (347)342-3156**
        **alla@kachanlaw.com**

        **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class [   ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

        **If your ballot is not received by**

        **LAW OFFICE OF ALLA KACHAN, P.C.**
        **2799 CONEY ISLAND AVENUE, SUITE 202**
        **BROOKLYN, NEW YORK 11235**
        **TEL.: (718) 513-3145**
        **FAX: (347)342-3156**
        **alla@kachanlaw.com**

On or before _____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on your whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [   ] claim against the Debtor in the unpaid amount of

_____ Dollars ($_____)

**[  ] ACCEPTS THE PLAN**               **[  ] REJECTS THE PLAN**

**Dated:** _____

                             **Print or Type Name:** _____

                             **Signature:** _____

                             **Title (if corporation or partnership):** _____

                             **Address:** _____

                             _____

                             _____

**RETURN THIS BALLOT TO:**

**LAW OFFICE OF ALLA KACHAN, P.C.**
**2799 CONEY ISLAND AVENUE, SUITE 202**
**BROOKLYN, NEW YORK 11235**
**TEL.: (718) 513-3145**
**FAX: (347)342-3156**
**alla@kachanlaw.com**

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. Gila Morlevi
§
§
§
§

Debtor(s)

Case No. 21-22076

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2025

Petition Date: 02/04/2021

Months Pending: 58

Industry Classification: [0] [0] [0] [0]

Reporting Method:    Accrual Basis ○    Cash Basis ◉

Debtor's Full-Time Employees (current):                 0

Debtor's Full-Time Employees (as of date of order for relief):        0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Gila Morlevi

Signature of Responsible Party

12/15/2025

Date

Gila Morlevi

Printed Name of Responsible Party

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Gila Morlevi                                    Case No. 21-22076

## Part 1: Cash Receipts and Disbursements

|   | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $1,552 | |
| b. | Total receipts (net of transfers between accounts) | $5,294 | $352,345 |
| c. | Total disbursements (net of transfers between accounts) | $2,614 | $353,376 |
| d. | Cash balance end of month (a+b-c) | $4,232 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $2,614 | $353,376 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

|   | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

## Part 3: Assets Sold or Transferred

|   | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

|   | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | **Firm Name** | **Role** | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|-------|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

|   | xcix |  |  |  |  |  |
|---|------|--|--|--|--|--|
|   | c    |  |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

## Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ⦿ |
|    | If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ○ No ⦿ |
|    | If yes, are your premiums current? | Yes ○ No ⦿ N/A ○ (if no, see Instructions) |
|    | General liability insurance? | Yes ○ No ⦿ |
|    | If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ No ○ |

Debtor's Name Gila Morlevi          Case No. 21-22076

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $5,294 |
| d. | Total income in the reporting period (a+b+c) | $5,294 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,614 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,614 |
| j. | Difference between total income and total expenses (d-i) | $2,680 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Gila Morlevi
_____
Signature of Responsible Party

_____
Title

Gila Morlevi
_____
Printed Name of Responsible Party

12/15/2025
_____
Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Exhibit A

 **Bank**
America's Most Convenient Bank®

B    STATEMENT OF ACCOUNT



GILA MORLEVI
DIP CASE 21-22076 SDNY
25 ELLINGTON WAY
SPRING VALLEY NY 10977

## Chapter 11 Checking
GILA MORLEVI
DIP CASE 21-22076 SDNY

 9957

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,025.20 | Average Collected Balance | 2,199.14 |
| Deposits | 4,300.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,407.70 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 240.00 | Days In Period | 30 |
| Electronic Payments | 5,557.97 | | |
| Ending Balance | 934.93 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | DEPOSIT | 3,300.00 |
| 10/03 | DEPOSIT | 1,000.00 |
| | Subtotal: | 4,300.00 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEBIT CARD CREDIT, *****▒▒▒▒▒▒▒046, AUT 091725 VISA DDA REF<br>ENTERPRISE RENT A CAR    BARDONIA    * NY | 123.77 |
| 10/01 | ACH DEPOSIT, SSA  TREAS 310 XXSOC▒▒▒▒▒▒▒▒85A  SSA | 997.00 |
| 10/17 | DEBIT CARD CREDIT▒▒▒▒▒▒▒046, AUT 101625 VISA DDA REF<br>ENTERPRISE RENT A CAR    BARDONIA    * NY | 286.93 |
| | Subtotal: | 1,407.70 |

#### Checks Paid

No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 10/14 | 308 | 240.00 | |
| | | Subtotal: | 240.00 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DBCRD PUR AP *****▒▒▒▒▒▒046, AUT 091725 VISA DDA PUR AP<br>ENTERPRISE RENT A CAR    BARDONIA    * NY | 661.11 |
| 09/18 | ACH DEBIT, HOMESERVE USA REPAIRPL▒▒▒▒0543 | 167.76 |
| 09/18 | DBCRD PMT A▒▒▒▒▒▒▒▒51046, AUT 091725 VISA DDA PUR AP<br>COMMUNITY CONNECTIONS    845 371 2222  * NY | 36.00 |

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

2 of 5

ge:

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 934.93 |
|---|---|
| ❷ Total Deposits | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DBCRD PUR A███████████1046, AUT 091625 VISA DDA PUR AP<br>SHE██████████9008   MONTVALE    * NJ | 32.59 |
| 09/24 | DBCRD PU███████████1046, AUT 092225 VISA DDA PUR AP<br>HATZLACHA GROCERY     SPRING VALLEY * NY | 30.07 |
| 09/25 | ACH DEBIT, OPTIMUM 7873 CABLE PM██████7605 | 55.00 |
| 09/25 | DEBIT POS A███████████1046, AUT 092525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 44.21 |
| 09/25 | DBCRD PUR AP███████████1046, AUT 092425 VISA DDA PUR AP<br>ERACTOLL 9CD████   877 860 1258 * NY | 21.40 |
| 09/25 | DEBIT POS A███████████1046, AUT 092525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 8.01 |
| 09/25 | DEBIT POS AP███████████1046, AUT 092525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 4.18 |
| 09/26 | ACH DEBIT, VEOLIA WATER NEW WATER ██████████0000 | 140.26 |
| 09/26 | DBCRD PUR███████████1046, AUT 092525 VISA DDA PUR AP<br>NEW SPA NA██S     SPRING VALLEY * NY | 33.00 |
| 09/26 | DEBIT POS AP███████████1046, AUT 092625 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 18.41 |
| 09/26 | DEBIT POS AP███████████1046, AUT 092625 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 3.49 |
| 09/29 | DBCRD PUR A███████████1046, AUT 092625 VISA DDA PUR AP<br>ENTERPRISE RENT A CAR     BARDONIA    * NY | 794.45 |
| 09/29 | DBCRD PUR A███████████1046, AUT 092625 VISA DDA PUR AP<br>ENTERPRISE RENT A CAR     BARDONIA    * NY | 361.12 |
| 09/29 | DBCRD PUR AP███████████1046, AUT 092625 VISA DDA PUR AP<br>TISANA ACUPUNCTURE  H     SPRING VALLEY * NY | 70.00 |
| 09/29 | DBCRD PUR A███████████1046, AUT 092625 VISA DDA PUR AP<br>BEN FOOT SPA     NANUET    * NY | 70.00 |
| 09/30 | DEBIT POS A███████████1046, AUT 093025 DDA PURCHASE AP<br>BINGO WHOLESALE SUPERM     SPRING VALLEY * NY | 157.94 |
| 09/30 | DEBIT POS AP███████████1046, AUT 093025 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 56.71 |
| 09/30 | DEBIT POS AP███████████1046, AUT 093025 DDA PURCHASE AP<br>ALDI 73011     NANUET    * NY | 53.77 |
| 09/30 | DEBIT POS AP███████████1046, AUT 093025 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET    * NY | 48.87 |
| 09/30 | DBCRD PUR AP, **███████████1046, AUT 092825 VISA DDA PUR AP<br>SHE██████████9008   MONTVALE    * NJ | 28.26 |
| 10/01 | DBCRD PUR AP███████████1046, AUT 092925 VISA DDA PUR AP<br>EVERGREEN KOSHER MARKET   MONSEY    * NY | 31.60 |
| 10/02 | ACH DEBIT, GLOBE LIFE OF NY INS. PREM██████████ 1025 | 109.00 |
| 10/03 | DBCRD PUR AP███████████1046, AUT 093025 VISA DDA PUR AP<br>PHARMACY PLU█     SPRING VALLEY * NY | 5.90 |
| 10/06 | DBCRD PMT A███████████1046, AUT 100525 VISA DDA PUR AP<br>GEICO   AUTO     800 841 3000 * DC | 429.73 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | DEBIT POS A█████████1046, AUT 100525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET     * NY | 13.64 |
| 10/06 | DEBIT POS█████████1046, AUT 100525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET     * NY | 7.88 |
| 10/06 | DEBIT POS█████████1046, AUT 100525 DDA PURCHASE AP<br>A MATTER OF HEA     NANUET     * NY | 7.86 |
| 10/07 | DBCRD PUR█████████1046, AUT 100625 VISA DDA PUR AP<br>TISANA ACUPUNCTURE  H . SPRING VALLEY * NY | 100.00 |
| 10/08 | DBCRD PUR█████████1046, AUT 100625 VISA DDA PUR AP<br>HATZLACHA GROCERY     SPRING VALLEY * NY | 82.25 |
| 10/10 | DBCRD PUR█████████1046, AUT 100925 VISA DDA PUR AP<br>WEGMANS MONTVALE 105 ,   MONTVALE  * NJ | 46.97 |
| 10/14 | DBCRD PUR█████████1046, AUT 101025 VISA DDA PUR AP<br>AZK AUDIOLOGY     845 328 1071 * NY | 465.00 |
| 10/14 | DBCRD PUR A█████████1046, AUT 101025 VISA DDA PUR AP<br>BEN FOOT SPA     NANUET     * NY | 65.00 |
| 10/14 | DBCRD PUR A█████████1046, AUT 101325 VISA DDA PUR AP<br>GLAUBERS BAKERY     SPRING VALLEY * NY | 31.37 |
| 10/14 | DBCRD PUR A█████████1046, AUT 100925 VISA DDA PUR AP<br>SHE█████████9008     MONTVALE  * NJ | 25.40 |
| 10/14 | DEBIT POS A█████████1046, AUT 101225 DDA PURCHASE AP<br>CVS PHARMACY 04163     MONTVALE     * NJ | 11.29 |
| 10/15 | DBCRD PUR A█████████1046, AUT 101325 VISA DDA PUR AP<br>HATZLACHA GROCERY     SPRING VALLEY * NY | 21.73 |
| 10/17 | DBCRD PUR█████████1046, AUT 101625 VISA DDA PUR AP<br>ENTERPRISE RENT A CAR     BARDONIA   * NY | 1,206.74 |
| | Subtotal: | 5,557.97 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/17 | 1,025.20 | 10/02 | 2,408.76 |
| 09/18 | 251.51 | 10/03 | 3,402.86 |
| 09/22 | 3,551.51 | 10/06 | 2,943.75 |
| 09/24 | 3,521.44 | 10/07 | 2,843.75 |
| 09/25 | 3,388.64 | 10/08 | 2,761.50 |
| 09/26 | 3,193.48 | 10/10 | 2,714.53 |
| 09/29 | 1,897.91 | 10/14 | 1,876.47 |
| 09/30 | 1,552.36 | 10/15 | 1,854.74 |
| 10/01 | 2,517.76 | 10/17 | 934.93 |


**Bank**
America's Most Convenient Bank®

GILA MORLEVI
DIP CASE 21-22076 SDNY

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Sep 18 2025-Oct 17 2025 |
| Cust Ref #: | -E-*** |
| Primary Account #: | 9957 |

#308          10/14          $240.00



## TD Bank
**America's Most Convenient Bank®**

E  STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY
25 ELLINGTON WAY
SPRING VALLEY NY 10977



### Discontinue In-Store Business Debit Card Issuance

Beginning **January 2026**, business debit cards will no longer be printed in-store, and all cards requested will be mailed to the business address on file. Need to replace your card? Use the TD Bank app to request a replacement, then instantly add your card to your digital wallet[1] to make a secure contactless purchases.

For more information visit www.tdbank.com/sbdigitalwallet
[1]TD Digital Wallet is only available to the primary small business online banking user.

### Chapter 11 Checking
GILA MORLEVI
DIP CASE 21-22076 SDNY

Acc▮▮▮▮▮9957

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 934.93 | Average Collected Balance | 2,691.23 |
| Deposits | 8,600.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,324.85 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 8,335.44 | Days in Period | 31 |
| Ending Balance | 2,524.34 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |



#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | DEPOSIT | 2,300.00 |
| 11/03 | DEPOSIT | 4,300.00 |
| 11/04 | DEPOSIT | 1,000.00 |
| 11/13 | DEPOSIT | 1,000.00 |
| | Subtotal: | 8,600.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | ACH DEPOSIT, SSA TREAS 310 XXSO▮▮▮▮▮885A SSA | 997.00 |
| 10/31 | DEBIT CARD CRE▮▮▮▮▮1046, AUT 103025 VISA DDA REF ENTERPRISE RENT A CAR    BARDONIA    * NY | 327.85 |
| | Subtotal: | 1,324.85 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance 2,524.34
② Total Deposits
③ Sub Total
④ Total Withdrawals
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period since the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | DEBIT POS ▮▮▮▮▮▮▮▮1046, AUT 101925 DDA PURCHASE AP<br>A MATTER OF HEA        NANUET       * NY | 112.92 |
| 10/20 | DBCRD PUR▮▮▮▮▮▮▮▮1046, AUT 101925 VISA DDA PUR AP<br>MANDARIN         MANDARINFUION * NY | 84.86 |
| 10/20 | DBCRD PUR▮▮▮▮▮▮▮▮1046, AUT 101825 VISA DDA PUR AP<br>TST SHELIS IN TOWN SQUA   MONSEY       * NY | 45.62 |
| 10/20 | DEBIT POS ▮▮▮▮▮▮▮▮1046, AUT 102025 DDA PURCHASE AP<br>MONSEY GLATT KO      MONSEY     * NY | 35.36 |
| 10/20 | DEBIT POS ▮▮▮▮▮▮▮▮1046, AUT 101925 DDA PURCHASE AP<br>A MATTER OF HEA        NANUET       * NY | 9.09 |
| 10/20 | DBCRD PUR ▮▮▮▮▮▮▮▮51046, AUT 101625 VISA DDA PUR AP<br>CARVEL 1528▮▮▮▮▮   NEW CITY    * NY | 6.71 |
| 10/22 | DBCRD PUR AP▮▮▮▮▮▮▮1046, AUT 102125 VISA DDA PUR AP<br>MANDARIN      184 55703035 * NY | 30.24 |
| 10/22 | DEBIT POS A▮▮▮▮▮▮▮1046, AUT 102225 DDA PURCHASE AP<br>CVS PHARMACY 10 10854   MONSEY     * NY | 9.64 |
| 10/23 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 102125 VISA DDA PUR AP<br>SHE▮▮▮▮▮9008    MONTVALE    * NJ | 24.00 |
| 10/23 | DBCRD PUR ▮▮▮▮▮▮▮▮1046, AUT 102225 VISA DDA PUR AP<br>MANDARIN      184 55703035 * NY | 12.90 |
| 10/27 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 102325 VISA DDA PUR AP<br>WESLEY KOSHER       MONSEY     * NY | 74.55 |
| 10/27 | ACH DEBIT, OPTIMUM 7873 CABL▮▮▮▮▮27605 | 65.83 |
| 10/27 | ACH DEBIT, VEOLIA WATER NEW WATER BI▮▮▮▮▮10000 | 56.32 |
| 10/29 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 102825 VISA DDA PUR AP<br>RISE WELLNESS USA INC   MONSEY     * NY | 22.50 |
| 10/30 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 102825 VISA DDA PUR AP<br>WESLEY KOSHER       MONSEY     * NY | 18.97 |
| 10/30 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 102925 VISA DDA PUR AP<br>EXXON MONSEY        MONSEY     * NY | 14.00 |
| 10/31 | ELECTRONIC PMT-WEB, JPMORGAN CHASE EXT TR▮▮▮▮▮6723 | 1,597.50 |
| 10/31 | DBCRD PUR ▮▮▮▮▮▮▮▮1046, AUT 103025 VISA DDA PUR AP<br>EZ DRIVE INC        SPRING VALLEY * NY | 262.65 |
| 10/31 | DBCRD PUR AP▮▮▮▮▮▮▮1046, AUT 103025 VISA DDA PUR AP<br>SQ LIZ S BEAUTY     NEW CITY   * NY | 103.43 |
| 10/31 | DBCRD PUR AP▮▮▮▮▮▮▮51046, AUT 102925 VISA DDA PUR AP<br>WESLEY KOSHER       MONSEY     * NY | 24.58 |
| 11/03 | ACH DEBIT, GLOBE LIFE OF NY INS. PRE▮▮▮▮▮1125 | 109.00 |
| 11/03 | DBCRD PUR AP▮▮▮▮▮▮▮1046, AUT 110225 VISA DDA PUR AP<br>WEGMANS MONTVALE 105   MONTVALE   * NJ | 62.96 |
| 11/03 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 110125 VISA DDA PUR AP<br>AMAZON MKTPL NK5NS2VC1    AMZN COM BILL * WA | 29.64 |
| 11/03 | DBCRD PUR A▮▮▮▮▮▮▮1046, AUT 103125 VISA DDA PUR AP<br>A  Z SERVICE CENTER INC   NEW CITY    * NY | 20.00 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY

Page: 4 of 5
Statement Period: Oct 18 2025-Nov 17 2025
Cust Ref #: ▉▉▉▉-E-***
Primary Account #: ▉▉▉9957



## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | DEBIT P▉▉▉▉▉▉▉▉▉▉1046, AUT 110325 DDA PURCHASE AP<br>CVS PHARMACY 10854      MONSEY     * NY | 16.25 |
| 11/04 | DEBIT POS A▉▉▉▉▉▉▉1046, AUT 110425 DDA PURCHASE AP<br>A MATTER OF HEA      NANUET     * NY | 70.09 |
| 11/04 | DEBIT POS ▉▉▉▉▉▉1046, AUT 110425 DDA PURCHASE AP<br>A MATTER OF HEA      NANUET     * NY | 26.97 |
| 11/05 | DBCRD P▉▉▉▉▉▉▉▉▉1046, AUT 110425 VISA DDA PUR AP<br>PETS PLACE II 43▉▉▉5565 * NY | 14.62 |
| 11/05 | DBCRD PUR ▉▉▉▉▉▉▉1046, AUT 110325 VISA DDA PUR AP<br>AIRMONT FARM      SUFFERN    * NY | 14.16 |
| 11/06 | ELECTRONIC PMT-WEB, NSM DBAMR.COOPER NSM D▉▉▉▉▉0179 | 3,073.00 |
| 11/06 | DBCRD PMT ▉▉▉▉▉▉1046, AUT 110525 VISA DDA PUR AP<br>GEICO  AUTO      800 ▉▉1 3000 * DC | 429.73 |
| 11/06 | DEBIT POS A▉▉▉▉▉1046, AUT 110625 DDA PURCHASE AP<br>BINGO WHOLESALE SUPERM    SPRING VALLEY * NY | 75.31 |
| 11/06 | DBCRD PUR ▉▉▉▉▉1046, AUT 110525 VISA DDA PUR AP<br>EXXON MONSEY      MONSEY     * NY | 10.00 |
| 11/07 | DBCRD PUR A▉▉▉▉▉1046, AUT 110625 VISA DDA PUR AP<br>MM TIRES      SPRING VALLEY * NY | 418.18 |
| 11/07 | DBCRD PUR A▉▉▉▉▉1046, AUT 110625 VISA DDA PUR AP<br>JERUSALEM AUTO REPAIR    MONSEY    * NY | 286.99 |
| 11/07 | DBCRD PUR AP,▉▉▉▉▉1046, AUT 110625 VISA DDA PUR AP<br>ALDI 73011      NANUET     * NY | 69.82 |
| 11/07 | DBCRD PUR AP▉▉▉▉▉1046, AUT 110525 VISA DDA PUR AP<br>AIRMONT FARM      SUFFERN    * NY | 26.86 |
| 11/07 | DBCRD PUR A▉▉▉▉▉1046, AUT 110625 VISA DDA PUR AP<br>FRONT PAGE MAGAZINE    845 617 2766 * NY | 25.00 |
| 11/10 | DEBIT POS AP▉▉▉▉▉1046, AUT 111025 DDA PURCHASE AP<br>MONSEY GLATT KO      MONSEY     * NY | 16.48 |
| 11/12 | DBCRD PUR AP▉▉▉▉▉1046, AUT 111025 VISA DDA PUR AP<br>AZK AUDIOLOGY      845 328 1071 * NY | 465.00 |
| 11/12 | DBCRD PUR A▉▉▉▉▉1046, AUT 111125 VISA DDA PUR AP<br>TISANA ACUPUNCTURE  H    SPRING VALLEY * NY | 100.00 |
| 11/12 | DBCRD PUR A▉▉▉▉▉1046, AUT 111125 VISA DDA PUR AP<br>WEGMANS MONTVALE  105    MONTVALE    * NJ | 49.10 |
| 11/13 | DBCRD PUR A▉▉▉▉▉1046, AUT 111125 VISA DDA PUR AP<br>BEN FOOT SPA      NANUET     * NY | 55.00 |
| 11/13 | DEBIT POS A▉▉▉▉▉1046, AUT 111325 DDA PURCHASE AP<br>A MATTER OF HEALTH    NANUET    * NY | 27.01 |
| 11/13 | DEBIT POS A▉▉▉▉▉1046, AUT 111325 DDA PURCHASE AP<br>A MATTER OF HEALTH    NANUET    * NY | 13.64 |
| 11/14 | DBCRD PUR A▉▉▉▉▉1046, AUT 111325 VISA DDA PUR AP<br>BELLA VITA NANUET      NANUET     * NY | 79.79 |
| 11/14 | DBCRD PUR A▉▉▉▉▉1046, AUT 111325 VISA DDA PUR AP<br>SWEET STITCHES      MONSEY     * NY | 66.01 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GILA MORLEVI
DIP CASE 21-22076 SDNY

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | DBCRD PUR A▆▆▆▆▆▆▆1046, AUT 111325 VISA DDA PUR AP JERUSALEM AUTO REPAIR    MONSEY     * NY | 37.00 |
| 11/14 | DBCRD PUR▆▆▆▆▆▆▆1046, AUT 111225 VISA DDA PUR AP REDELICIOUS SUPERMARKET    MONSEY    * NY | 5.00 |
| 11/17 | DBCRD PUR ▆▆▆▆▆▆▆1046, AUT 111325 VISA DDA PUR AP EVERGREEN KOSHER MARKET    MONSEY     * NY | 21.97 |
| 11/17 | DEBIT POS A▆▆▆▆▆▆1046, AUT 111725 DDA PURCHASE AP MONSEY GLATT KOSHER    MONSEY     * NY | 9.19 |
| | Subtotal: | 8,335.44 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/17 | 934.93 | 11/04 | 6,913.20 |
| 10/20 | 640.37 | 11/05 | 6,884.42 |
| 10/21 | 2,940.37 | 11/06 | 3,296.38 |
| 10/22 | 2,900.49 | 11/07 | 2,469.53 |
| 10/23 | 2,863.59 | 11/10 | 2,453.05 |
| 10/27 | 2,666.89 | 11/12 | 1,838.95 |
| 10/29 | 2,644.39 | 11/13 | 2,743.30 |
| 10/30 | 3,608.42 | 11/14 | 2,555.50 |
| 10/31 | 1,948.11 | 11/17 | 2,524.34 |
| 11/03 | 6,010.26 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# EXHIBIT D

---

## Liquidation Analysis as of December 18, 2025

**ASSET:**

| Description | Value | Exemption | Net |
|---|---|---|---|
| Household Goods and Furnishing | $1,000.00 | $1,000.00 | $0.00 |
| Electronics | $300.00 | $300.00 | $0.00 |
| Cash on Hand | $30.00 | $30.00 | $0.00 |
| Clothes | $1,000.00 | $1,000.00 | $0.00 |
| Jewelry | $500.00 | $500.00 | $0.00 |
| Property 25 Ellington Way Spring Valley, NY 10977 Rockland | $495,300.00 | | |
| Mortgage | $334,208.61 | | |
| 50% ownership | $80,545.69 | $80,545.69 | $0.00 |
| Property- 480 Ocean Avenue, # 7B Long Branch, NJ 07740 | $365,000.00 | | |
| Mortgage | $95,000.00 | | |
| Liens | $83,473.53 | | |
| | $186,526.47 | $0.00 | $186,526.47 |
| Balance on the DIP Account | $2,524.34 | | $2,524.34 |
| **TOTAL ASSET IN CHAPTER 7 LIQUIDATION** | | | $ 189,050.81 |

**LIQUIDATION PRIORITY PAYMENTS:**

| | | | |
|---|---|---|---|
| Cost of advertising a sale of property | | | $5,000.00 |
| Real Estate Broker fee | | | $30,000.00 |
| Real Estate attorney | | | $10,000.00 |
| Trasfer Taxes | | | $6,900.00 |
| Chapter 7 Trustee fees | | | $10,000.00 |
| Counsel for Chapter 7 Trustee | | | $40,000.00 |
| Accountant for Chapter 7 trustee | | | $5,000.00 |
| Administrative claims | | | $50,000.00 |
| **TOTAL PRIORITY PAYMENTS:** | | | $156,900.00 |
| **NET PROCEEDS AVAILABLE TO CREDITORS:** | | | $32,150.81 |

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                      Case No.: 21-22076-shl

    Gila Morlevi,                                    Chapter 11

        Debtor.

------------------------------------------------------------X

## AFFIDAVIT OF CONTRIBUTION

    I, Ofir Morlevi, am the son of Gila Morlevi. I, Ofir Morlevi, hereby affirm that I will make supplemental contributions to the Chapter 11 Plan of Reorganization payments of my mother, Gila Morlevi, without expectation of repayment and in such amounts as may be necessary to comply with the confirmed plan terms. The funds will be provided from my business, OM Investing LLC. The business account of OM Investing LLC has sufficient funds for said contribution. I further affirm that said contributions will not render my business insolvent.

Dated: September 15th, 2025

                                                Ofir Morlevi

Sworn Before Me on This

15th Day of September, 2025

    Notary Public

NOAH BARLOW
Notary Public - State of Florida
Commission # HH 445769
My Comm. Expires Sep 20, 2027
Bonded through National Notary Assn.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

OM INVESTING LLC
4955 SW 34TH TER
FORT LAUDERDALE, FL 33312-7950

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking
## Preferred Rewards for Bus Platinum Honors

for August 1, 2025 to August 31, 2025                     Account number: ████████589
OM INVESTING LLC

### Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2025 | $90,750.94 | # of deposits/credits: 10 |
| Deposits and other credits | 4,915.00 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -18,823.44 | # of items-previous cycle[1]: 4 |
| Checks | -400.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $82,846.62 |
| Ending balance on August 31, 2025 | $76,442.50 | [1]Includes checks paid, deposited items and other debits |

---

### Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

**Scan the code to learn more or visit: bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile
Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and
data rates may apply.



SSM-09-26-0514A.E 0400005

---

PULL: E  CYCLE: 62  SPEC: E  DELIVERY: E  TYPE:  IMAGE: 1  BC: JAX

---

OM INVESTING LLC  |  ████████  |  August 1, 2025 to August 31, 2025

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address,
email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of
Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your
account would be governed by the terms of these documents, as we may amend them from time to time. These documents are
part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and
withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and
conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is
wrong or you need more information about an electronic transfer (e.g. ATM transactions, direct deposits or withdrawals,